AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| United States of America | ) |
|---|---|
| v. | ) |
| ASIA THOMAS | ) Case No. |
| Defendant | ) **10-927MJ** |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED**

(name of person to be arrested)   ASIA THOMAS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

WITNESS TAMPERING, IN VIOLATION OF TITLE 18, U.S.C., §§ 1512 (b) (3) and 2.

Date: 08/10/2010

_Issuing officer's signature_

City and state:   Central Islip, New York

The Honorable Michael L. Orenstein
_Printed name and title_

---

**Return**

This warrant was received on (date) 8/10/10, and the person was arrested on (date) 8/10/10
at (city and state) Hempstead, NY.

Date: 8/10/10

_Arresting officer's signature_

Stephen J Byrne SA/FBI/NY
_Printed name and title_

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Asia Thomas
Known aliases:
Last known residence: 159 Jean Ave, Hempstead, NY 11550
Prior addresses to which defendant/offender may still have ties:

Last known employment: Project Read 55 N. Ocean Ave Freeport 11520
Last known telephone numbers: 516-806-7525
Place of birth: East Meadow, NY
Date of birth: 07/10/87
Social Security number: 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
Height: 64"         Weight: 140 lbs
Sex: Female         Race: Black
Hair: Black         Eyes: BR
Scars, tattoos, other distinguishing marks: Scar Right Side of Face

History of violence, weapons, drug use: Marijuana ocassionally

Known family, friends, and other associates *(name, relation, address, phone number)*: Brenda Thomas 159 Jean Ave, Hempstead, NY 11550
FBI number: N/A
Complete description of auto: Audi, A4, 2001, Black

Investigative agency and address: FBI 135 Pinelawn Rd, Melville NY 11747
Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: